IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES *ex rel.* GEORGE MAY, | § § § § | |
| Plaintiffs, | § § | No. 3:13-cv-4194-N-BN |
| V. | § § | |
| THE CITY OF DALLAS, ET AL., | § § § | |
| Defendants. | § | |

### ORDER

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

The United States's Motion to Dismiss Relator May's Complaint [Dkt. No. 22] is granted, and this *qui tam* action is dismissed.

SO ORDERED this 27th day of October, 2014

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE